# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| Robert Younger, individually and on behalf of all others similarly situated, | 2:23-CV-344-JLB-NPM |
| Plaintiff, | |
| - against - | Second Amended Class Action Complaint |
| Molson Coors Beverage Company USA, LLC, | Jury Trial Demanded |
| Defendant | |

Plaintiff alleges upon information and belief, except for allegations about Plaintiff, which are based on personal knowledge:

1. Molson Coors Beverage Company USA, LLC ("Defendant") manufactures "Ranch Water Hard Seltzer," containing "100% Agave & Real Lime Juice" with pictures of the agave plant, the source crop for tequila, described as "Spiked Sparkling Water" under the Topo Chico brand ("Product").

 

## I.   ORIGINS OF RANCH WATER

2.    Ranch water likely originated in the 1960s in the blazing sun on West Texas ranches where cowboys worked long days.

3.    This drink "is a simple cocktail that's a mix of 100-percent agave tequila, fresh lime juice and Topo Chico sparkling water, served over ice.[1]



---

[1] Caroline Stanko, <u>What Is Ranch Water?</u>, Taste of Home, Sept. 1, 2022.

4.    According to legend, ranch hands would begin the day with a thermos full of ice, Topo Chico mineral water and a splash of tequila.

5.    After lunch, they would add lime, a staple of their Tex-Mex cuisine, resulting in the tartness ranch water has become known for.

6.    Ranch water's popularity has spread beyond West Texas for numerous reasons.

7.    First, its limited and simple ingredients are consistent with consumer avoidance of beverages with synthetic components in favor of what they can make at their backyard parties.

8.    Second, ranch water is not highly processed through complicated machinery, and made by pouring tequila, lime juice and Topo Chico sparkling water over ice, a formula that works even for canned and ready-to-drink ("RTD") versions.

9.    This means RTD ranch waters can and should be similar to those made and served at authentic Texas icehouses, open-air dive bars where Texans go to cool off.

10.   This is shown through the ranch water sold by competitors such as Ranch Rider, described truthfully as containing "Only Reposado Tequila, Sparkling Water & Real Lime."



11. Third, tequila, based on the agave plant, is "the fastest-growing spirits category," resulting in its use in numerous canned beverages.

12. Fourth, ranch water fits into the trend of "better for you" alcoholic drinks which are based on alcohol but contain natural and simple ingredients including fruit.

13. Fifth, novel technologies and regulatory adjustments have resulted in a boom of "canned cocktails," which are alcoholic beverages containing spirt ingredients instead of having a base of malt liquor or beer based on sugar or barley.

## II.   NOT JUST ANY TEQUILA IS ESSENTIAL TO RANCH WATER

14. Tequila is based on the blue agave plant, a type of succulent with large leaves ending in pointy tips, native to regions of the Americas.[2]

---

[2] A succulent plant is one that retains water in its leaves in dry climates.

 

15.   Federal and identical state law define tequila as "An agave spirit" that "must be made in Mexico, in compliance with [its] laws and regulations [] governing the manufacture of Tequila for consumption in that country." 27 C.F.R. § 5.148(b)(1)

16.   The Norma Oficial Mexicana ("NOM"), which contains the tequila standards, requires a distilled spirit labeled as "Tequila" to contain not less than 51% blue agave sugars, prior to fermentation.[3]

17.   Where the other 49% of the sugars are not from blue agave but molasses, corn syrup and/or cane sugar, the product is colloquially referred to as a "Mixto Tequila" or "Tequila."

18.   However, "Tequilas that are 100% agave tequilas are only made from

---

[3] NOM-006-SCFI-2005, Alcoholic Beverages – Tequila – Specifications.

Blue Weber agave sugars" and are prominently identified on their labeling as "100% agave tequila."[4]

19.   According to industry experts, "[T]he lack of added sugar is precisely what makes 100% agave tequila a better choice" because it means "you feel clear-headed when you wake up and ready to take on the day," compared to when the sugars are from non-agave sources, due to the makeup of the blue agave plant.

20.   To help the public distinguish premium 100% agave tequila from "mixto tequila," the tequila industry cautions consumers to "check the label and make sure it says '100% de Agave' or '100% Puro Agave'  to ensure [they] are drinking pure, unadulterated tequila just as it should be," because "if they don't state '100% agave' on the label," it means it is a lower quality "Mixto Tequila."[5]

21.   Though "Tequila is the only choice for true Ranch Water" because "it only has about 69 calories per ounce and no carbohydrates [and is] [] low in sugar, making this a much healthier option for many people," it is important to use a particular type of this distilled spirit.[6]

22.   According to ranch water enthusiasts, this drink should be made with "a mid-range 100% agave tequila as it will have the crispest, purest tequila flavor."[7]

---

[4] Tequila 101: Mixto Tequila vs. 100% Agave Tequila, Inspiro Tequila, Oct. 29, 2021.
[5] Sip Tequila, 100% Agave vs. Mixto Tequilas.
[6] Dan Myers, If Your Tequila Isn't 100 Percent Blue Agave, It's Not Worth Drinking, The Daily Meal, May 26, 2017.
[7] Colleen Graham, Ranch Water Recipe, The Spruce Eats, Mar. 28, 2022.

23.   This is affirmed by a noted cocktail expert who emphasizes "[using] 100% agave tequila Blanco [because] [T]here [is] no substitute[s] for th[is] ingredient[s]."[8]

24.   While "[Y]ou do not need a top-shelf or high-priced tequila for ranch water" "[because] any tequila will do in a pinch," "It is best to use 100% agave tequila when making a Texas ranch water cocktail."[9]

25.   The unofficial compendium of San Antonio tourism recommends using "a decent, 100% agave tequila."[10]

26.   Another leading food website describes ranch water as "a simple cocktail that's a mix of 100-percent agave tequila, fresh lime juice and Topo Chico sparkling water, served over ice."[11]

27.   One reason why ranch water is made with "100% agave tequila [is because it] has a very low sugar content," which is consistent with how this drink eschews sweetening ingredients.[12]

28.   Since this drink was consumed by ranch hands during long summer days in West Texas, "Low sugar mean[t] better [or less severe] hangovers" to enable them

---

[8] Angela McArthur, Texas Ranch Water, The Short Order Cook, Nov. 4, 2021.
[9] *Id.*
[10] Staff, Ranch Water Recipe: The Official Summer Drink of West Texas, San Antonio Things To Do, July 10, 2020
[11] Caroline Stanko, What Is Ranch Water?, Taste of Home, Sept. 1, 2022.
[12] Spindrift paloma and Ranch Water: My favorite Tequila Cocktail Recipes, CleanRoutine, Aug. 9, 2022.

to rise early the following morning with their cattle.

## III.  TOPO CHICO BRAND FURTHERS EXPECTATION OF TEQUILA

29.   In addition to labeling the Product as containing "100% agave," the Topo Chico brand's reputation as a "key ingredient" in ranch water furthers the expectation it will contain tequila.[13]

30.   The official Wikipedia page for Topo Chico, presumably monitored by that company, defines "Ranch Water [a]s a cocktail made with tequila, lime juice and Topo-Chico, over ice."[14]

31.   Topo Chico is believed to be rich in essential minerals including calcium, sodium and zinc, owing to the volcanic soil at the Cerro del Topo Chico spring in Monterrey, Mexico.

32.   Ranch water's oral history attributes this beverage's importance to the ranching industry in part because of its mineral content, which helped stave off dehydration in the West Texas sun.

## IV.  EXPECTATION OF NO SWEETENERS

33.   According to the founder of one brand of ranch water, its lack of a sweetener dovetails with consumers' "shift[ing] away from sugary, high-calorie cocktails."

---

[13] Kelly Anthony, Ranch Water, The Anthony Kitchen, May 5, 2020.
[14] Wikipedia, Topo Chico.

34.   Authentic formulations avoid adding sweeteners because ranch water was created as a light alcoholic beverage that facilitated productive activity in the fields.

35.   In contrast, consumption of added sugars leads to spikes in blood sugar as the body must process this quickly, resulting in the "crash" feelings where one feels sluggish for several hours afterwards.

## V.   MISLEADING BECAUSE IT LACKS TEQUILA AND ADDS SUGAR

36.   The description as "Ranch Water" with "100% Agave & Lime" misleads consumers to expect it will contain tequila made from "100% Agave" instead of lower quality "Mixto Tequila."

37.   However, the fine print ingredient list reveals the only agave-based ingredient is "Agave Syrup," a sweetener similar to sugar.

INGREDIENTS: FILTERED CARBONATED WATER, ALCOHOL, LIME JUICE FROM CONCENTRATE, NATURAL FLAVORS, AGAVE SYRUP, SODIUM CITRATE, CITRIC ACID, MAGNESIUM CHLORIDE*, SALT*, POTASSIUM CHLORIDE*. (MINERALS FOR TASTE)

38.   Even if purchasers read the ingredient list, they will be misled because it lists only "Alcohol" instead of truthfully identifying its source as not tequila from

the agave plant but simple sugar, such as "Alcohol (from fermented sugar)."

39.   In the context of ranch water, where a consumer's first association is tequila, "100% Agave" tells them it will contain this type of tequila, instead of lower quality "Mixto Tequila."

40.   No brand of agave syrup is advertised as "100% Agave" because this phrase would have no meaning to them.

41.   That is because agave syrup by definition contains only agave, while tequilas are categorized based on their percentage of agave, with "100% agave" reserved for the premium and higher quality varieties, used in ranch water.

42.   Defendant "do[es] nothing to dissuade the consumer from assuming that there's actual tequila in their drink, and [] actually appear[s] to be reinforcing the deception with their choices in marketing language" such as "100% Agave & Real Lime Juice."

43.   Paste Magazine noted that "'100% [] agave' [] is [] a clever turn of phrase [because] tequila is a product of 100% agave," but that this "presumably refer[s] to the fact that the Product also contains agave nectar for sweetening."

44.   Not only is "100% Agave" misleading because it makes consumers expect a certain type of tequila, it is also deceptive because this type of agave ingredient is no different than added sugars, which are not a part of ranch water.

45.   The labeling is misleading because even though the Product is sold under

the Topo Chico brand, it lacks the "excessive bubbliness" and high, natural mineral content of Topo Chico mineral water.

46.   This is shown by the first ingredient of "Filtered Carbonated Water," because if the Product used Topo Chico's mineral water the first ingredient would be "Mineral Water."

47.   Additionally, while Topo Chico's mineral water contains significant amounts of naturally occurring essential minerals, the ingredients reveal that "Magnesium Chloride*, Salt* [and] Potassium Chloride*" are not from the water source, but added separately "for taste."

## VI. MISLEADING BY FAILING TO DISCLOSE IT IS A FLAVORED BEER

48.   Federal and identical state regulations protect consumers against false and misleading statements on alcoholic beverages by requiring a label to provide basic information about the type of drink they are buying.

49.   The Product's labeling as a "hard seltzer" and "spiked fails to comply with these regulations because it is required to tell consumers what they are buying is a malt beverage and best characterized as a flavored beer. 27 C.F.R. § 7.63(a)(2); 27 C.F.R. § 7.141(a); 27 C.F.R. § 7.147(b)(1).

50.   That "hard seltzer" and "spiked sparkling water" "DO NOT meet th[ese] requirement[s] and may only be used in addition to legally authorized terms such as "malt beverage, beer, ale, porter, stout, etc." was confirmed by the Alcohol and

Tobacco Tax and Trade Bureau ("TTB").[15]

51.  "Hard seltzer" and "spiked sparkling water" have no commonly recognized or mandated definitions.

52.  The Product's description as "Spiked Sparkling Water" exploits consumers' understanding of "drink spiking," when someone puts alcohol into a non-alcoholic drink or adds extra alcohol to an alcoholic drink.[16]

53.  Since the purpose of drink spiking is malicious and to render another person intoxicated, the added alcohol is typically from distilled spirits, because they are more concentrated and potent.

54.  Despite "the hard seltzer boom … many consumers still don't understand, or care to understand" that products sold as "hard seltzer" typically "make use of alcohol created by fermentation, rather than blending in small amounts of distilled spirits with sparkling water."[17]

55.  This is confirmed by focus groups organized by Defendant and/or other major sellers of malt-based beverages.

56.  This confusion owes in part to how some products marketed as "hard seltzer" contain distilled spirits, while others are brewed like beer from bases of

---

[15] Paula Landsberger, TTB Senior Labeling Specialist, TTB Bootcamp: Labeling, Craft Brewers Conference & BrewExpo America, Sept. 2021.
[16] Nicole Lee and Jarryd Bartle, What is drink spiking? How can you know if it's happened to you, and how can it be prevented?, The Conversation, May 19, 2021.
[17] Jim Vorel, Hard Seltzer and "Ranch Water" are a Perfect Combination ... for Deception, Sept. 21, 2021.

malted barley, sugar or other malt substitutes.[18]

57.   In the absence of common understanding of these terms, many consumers expect products labeled as hard seltzer to contain distilled spirits.

58.   Alcohol.org, an authority on how consumers understand labeling of alcoholic beverages, noted that "In practical terms, the term hard liquor refers to an alcoholic beverage that is produced through [] distillation" to produce distilled spirits, such as tequila, rum, gin and vodka.[19]

59.   The distillation increases the proportion of alcohol content, which is why such drinks are considered "harder" than non-distilled alcoholic beverages like beer and wine, made through fermentation.[20]

60.   According to Paste Magazine, "spreading the concept of ranch water to the masses, [through] hard seltzer[s] with the words 'ranch water' slapped across [it]" is "inherent deception."

61.   This is because the Product does not contain alcohol from the agave plant but "alcohol from sugar."

## JURISDICTION AND VENUE

62.   Jurisdiction is based on the Class Action Fairness Act of 2005 ("CAFA"). 28 U.S.C. § 1332(d)(2).

---

[18] Tim McKirdy, The Ultimate Buyer's Guide to Hard Seltzer, VinePair, May 22, 2020.
[19] Editorial Staff, Types of Hard Liquor, Alcohol.org, Oct. 25, 2022.
[20] Wikipedia, Liquor.

63.   The aggregate amount in controversy exceeds $5 million, including any statutory and punitive damages, exclusive of interest and costs.

64.   Plaintiff is a citizen of Florida.

65.   Defendant is a Delaware corporation with a principal place of business in Illinois.

66.   The class of persons Plaintiff seeks to represent includes persons who are citizens of a different state from which Defendant is a citizen.

67.   The members of the class Plaintiff seeks to represent are more than 100, because the Product has been sold with the representations described here from thousands of stores and over the internet, in the State Plaintiff seeks to represent.

68.   Venue is in this District with assignment to the Fort Myers Division because Plaintiff resides in Charlotte County and a substantial part of the events or omissions giving rise to these claims occurred in Charlotte County, including Plaintiff's purchase, reliance on the identified statements, and subsequent awareness these were false and misleading.

**PARTIES**

69.   Plaintiff Robert Younger is a citizen of Punta Gorda, Charlotte County, Florida.

70.   Defendant Molson Coors Beverage Company USA, LLC is a Delaware corporation with a principal place of business in Chicago, Cook County, Illinois.

71. As a result of the false and misleading representations of its ranch water as including "100% Agave" with pictures of agave under the Topo Chico brand, the Product is sold at a premium price, approximately no less than $18.99 for a twelve-pack of 12 oz cans, excluding tax and sales.

72. The Product's price is similar to other ranch water beverages which contain tequila only from the agave plant without added sugar ingredients.

73. Plaintiff purchased the Product at locations including but not necessarily limited to Tom's Discount and/or Publix in Punta Gorda, Florida, between 2022 and May 2023, and/or among other times.

74. Plaintiff read "Ranch Water," "Hard Seltzer," "Spiked Sparkling Water," and "100% Agave & Real Lime Juice" and saw the pictures of the agave plants.

75. Plaintiff knew that agave was the source of tequila.

76. Plaintiff expected "100% Agave" meant the Product contained tequila that was entirely from agave, because otherwise there would have been no need to emphasize the "100%."

77. Plaintiff bought the Product at or exceeding the above-referenced price.

78. Plaintiff paid more for the Product than he would have had he known the above-referenced facts or would not have purchased it.

79. The value of the Product that Plaintiff purchased was materially less than its value as represented by Defendant.

80.   Plaintiff chose between this Product and others represented similarly, but which did not misrepresent their attributes, requirements, instructions, features, and/or components.

## CLASS ALLEGATIONS

81.   Plaintiff seeks to represent the following class:

> All persons in the State of Florida who purchased the Product in Florida during the statutes of limitations for each cause of action alleged.

82.   Common questions of issues, law, and fact predominate and include whether Defendant's representations were and are misleading and if Plaintiff and class members are entitled to damages.

83.   Plaintiff's claims and basis for relief are typical to other members because all were subjected to the same unfair, misleading, and deceptive representations, omissions, and actions.

84.   Plaintiff is an adequate representative because his interests do not conflict with other members.

85.   No individual inquiry is necessary since the focus is only on Defendant's practices and the class is definable and ascertainable.

86.   Individual actions would risk inconsistent results, be repetitive and are impractical to justify, as the claims are modest relative to the scope of the harm.

87.   Plaintiff's counsel is competent and experienced in complex class action

litigation and intends to protect class members' interests adequately and fairly.

## CAUSES OF ACTION

### COUNT I

Florida Deceptive and Unfair Trade Practices Act
("FDUTPA"), Fla. Stat. § 501.201, *et seq*.

88.   Plaintiff incorporates by reference paragraphs 1-61.

89.   The purpose of FDUTPA is to protect consumers against unfair and deceptive practices.

90.   This includes "making state consumer protection and enforcement consistent with established policies of federal law relating to consumer protection." Fla. Stat. § 501.202(3).

91.   The labeling of the Product violated FDUTPA because the front label and package statements and omissions of "Ranch Water Hard Seltzer," "100% Agave & Real Lime Juice" with pictures of the agave plant, the source crop for tequila, "Spiked Sparkling Water," and "Topo Chico" were unfair and deceptive to consumers. Fla. Stat. § 501.204(1).

92.   Plaintiff saw and relied on the label's statements and pictures to expect and believe the Product (1) contained tequila because "100% Agave" refers to a type of tequila, (2) contained Topo Chico mineral water, because this is inextricably linked with ranch water and the Product is sold under the Topo Chico brand and (3) did not contain added sugar ingredients because these are inconsistent with the light,

non-sweet taste of ranch water.

93.   Plaintiff would not have purchased the Product or paid as much if the true facts had been known, suffering damages.

94.   Plaintiff seeks to recover for economic injury and/or loss he sustained based on the misleading labeling and packaging of the Product, a deceptive practice under this State's consumer protection laws, by paying more for it than he otherwise would have.

95.   Plaintiff will produce evidence showing how he and consumers paid more than they otherwise would have paid for the Product, relying on Defendant's representations, using statistical and economic analyses, hedonic regression, and other advanced methodologies.

96.   Defendant's false and deceptive representations and omissions are material in that they are likely to influence consumer purchasing decisions.

**COUNT II**
<u>False and Misleading Adverting,</u>
<u>Fla. Stat. § 817.41</u>

97.   Plaintiff incorporates by reference paragraphs 1-61.

98.   Defendant made misrepresentations and omissions of material fact, that the Product (1) contained tequila because "100% Agave" refers to a type of tequila, (2) contained Topo Chico mineral water, because this is inextricably linked with ranch water and the Product is sold under the Topo Chico brand and (3) did not

contain added sugar ingredients because these are inconsistent with the light, non-sweet taste of ranch water, through its advertisements and marketing in various forms of media, product packaging and descriptions, and targeted digital advertising.

99. Defendant's false and deceptive representations and omissions are material in that they are likely to influence consumer purchasing decisions.

100. Plaintiff paid more for the Product, would not have purchased it or paid as much if he knew that it does not contain tequila that is entirely from agave, does not include Topo Chico mineral water, and is sweetened with added sugar ingredients.

101. Defendant knew its statements and omissions were false and/or misleading.

102. Defendant intended for consumers to rely on its false statements and omissions for the purpose of selling the Product.

103. Plaintiff and class members did in fact rely upon these statements.

104. Reliance was reasonable and justified because of Topo Chico's reputation as a household name, honestly marketed to consumers.

105. As a result of Defendant's misrepresentations, Plaintiff and class members suffered damages in the amount paid for the Product and the premium amount paid.

## COUNT III
### Fraud

106. Plaintiff incorporates by reference paragraphs 1-61.

107. Defendant misrepresented and/or omitted the attributes and qualities of the Product, by using the term "100% Agave," which refers to a specific type of tequila, even though the agave it used was equivalent to added sugar, an ingredient not a part of ranch water.

108. Defendant was aware of consumer confusion about the terms "hard seltzer" and "spiked sparkling water" and how a significant percentage of the public believed these terms referred to alcoholic beverages which contained distilled spirits, which in this instance, meant tequila.

## JURY DEMAND AND PRAYER FOR RELIEF

Plaintiff demands a jury trial on all issues.

   **WHEREFORE**, Plaintiff prays for judgment:

1. Certifying Plaintiff as representative and the undersigned as counsel for the classes;

2. Awarding monetary, statutory and/or punitive damages and interest;

3. Awarding costs and expenses, including reasonable attorney and expert fees; and

4. Other and further relief as the Court deems just and proper.

Dated:   November 3, 2023

                                                    Respectfully submitted,

                                                    /s/ William Wright
                                                    _____

The Wright Law Office, P.A.
515 N Flagler Dr Ste P300
West Palm Beach FL 33401
(561) 514-0904
willwright@wrightlawoffice.com

*Lead Counsel for Plaintiff*

Sheehan & Associates, P.C.
Spencer Sheehan*
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

*\*Pro Hac Vice* Application
Forthcoming